MCGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNNIE B JOHANSENNORTH,

Defendant.

CASE NO. 2:18-po-00105-KJN

STIPULATION TO CONTINUE BENCH TRIAL; ~~[PROPOSED]~~ ORDER

DATE: June 18, 2018
TIME: 9:00 a.m.
COURT: Hon. Kendall J. Newman

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, LYNNIE B JOHANSENNORTH, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this Court set this matter for a Bench Trial on June 18 2018 at 9:00 a.m., and set noon on June 15, 2018 as the deadline for the submission of trial briefs;

2. By this stipulation, the parties agree that they need additional time to conduct further investigation, provide additional discovery, and review discovery in this matter; and

3. Therefore, the parties now jointly move to continue the Bench Trial to September 10, 2018 at 9:00 a.m., and to continue the deadline for the submission of trial

briefs to noon on September 7, 2018.

IT IS SO STIPULATED.

Dated: May 30, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Erica L. Anderson*
ERICA L. ANDERSON
Special Assistant U.S. Attorney

Dated: May 30, 2018

*/s/Richard Staff* (as authorized on 5/30/18)
RICHARD STAFF
Attorney for Defendant
LYNNIE B JOHANSENNORTH

**ORDER**

IT IS SO ORDERED.

DATED: May 30, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE