McGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-po-00105-KJN |
| Plaintiff, | ORDER GRANTING |
| v. | UNITED STATES' MOTION TO DISMISS AND VACATE TRIAL |
| LYNNIE B. JOHANSEN-NORTH, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' Motion to Dismiss and Vacate Trial is GRANTED as follows:

- Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, this case, including violation notice number 6918403 and the information filed on August 16, 2018, is hereby dismissed; and

- The bench trial set for September 10, 2018 is hereby vacated.

Dated: September 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE